HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

LAURA BUTTERFIELD,

    Plaintiff,

v.

RAFIQ R.A. ABOU-SHAABAN, et al.,

    Defendants.

Case No. C04-5698 RBL

ORDER AWARDING ATTORNEY FEES

This matter comes before the Court on Defendant Abou-Shabaan's motion for attorney fees [Dkt. #31.] The Court has considered the motion, the argument in support, and the attached affidavit.

Defendant motioned to dismiss for lack of personal jurisdiction. The Court held that it lacked personal jurisdiction, but transferred the action to a proper venue [Dkt. # 28].

RCW 4.28.185(5) provides for compensation of attorney fees when the Defendant "prevails in the action" against personal jurisdiction. Attorney fees are determined at the discretion of the Court. RCW 4.28.185(5).

It is hereby **ORDERED** that Defendant Abou-Shabaan be awarded $1,500.00 for his reasonable attorney fees and his reasonable costs. The Clerk is directed to send uncertified copies of this Order to all counsel of record.

Dated this 5th day of May, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1